# Notice Recipients

District/Off: 0971–5  User: admin  Date Created: 9/8/2023
Case: 23–05030  Form ID: SUM  Total: 1

**Recipients of Notice of Electronic Filing:**
aty   William J. Healy   wjhealy7@gmail.com

TOTAL: 1